UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK SEPULVEDA,

Petitioner,

v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT, et al.,

Respondents.

Case No.   26-cv-02043-JD

**ORDER OF TRANSFER**

Re: Dkt. No. 2

This is a habeas case brought pro se pursuant to 28 U.SC. § 2241.  Petitioner is currently a state prisoner in the Eastern District of California.  However, he challenges the United States Immigration and Customs Enforcement hold and detainer that will lead to his deportation upon the conclusion of his sentence.  The petition was filed while he was detained in the Eastern District, and he is still confined in that location.  Accordingly, this action is transferred to the Eastern District of California, as that is the district of detention.  28 U.S.C. §§ 1406(a), 2241(a); *see also Doe v. Garland*, 109 F.4th 1188 (9th Cir. 2024) (the proper respondent for a Section 2241 petition is the warden of the facility where the detainee is being held).  The pending motion (Dkt. No. 2) is vacated.

**IT IS SO ORDERED.**

Dated: March 18, 2026

JAMES DONATO
United States District Judge