# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

FRANK SEPULVEDA,

        Petitioner,

    v.

FIELD OFFICE DIRECTOR, SAN FRANCISCO FIELD OFFICE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

        Respondents.

Case No. 1:26-cv-02260-KES-SAB-HC

ORDER DENYING PETITIONER'S MOTIONS FOR APPOINTMENT OF COUNSEL

(ECF Nos. 11, 14, 16)

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus. Petitioner has moved for appointment of counsel. (ECF Nos. 11, 14, 16.) There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Chaney v. Lewis, 801 F.2d 1191, 1196 (9th Cir. 1986); Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958). However, the Criminal Justice Act authorizes the appointment of counsel at any stage of the proceeding for financially eligible persons if "the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B). To determine whether to appoint counsel, the "court must evaluate the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims pro se in light of the complexity of the legal issues involved." Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

Petitioner contends that counsel should be appointed because Petitioner "has a strong chance of success on the merits" "the complexity of the law on immigration detention," and his

1

"status as a detained immigrant," which makes presenting his case without the assistance of counsel difficult. (ECF No. 11 at 2.)  Upon review of the petition, and given that the Court has ordered Petitioner to show cause why the petition should not be dismissed for lack of jurisdiction (ECF No. 15), Petitioner does not demonstrate a likelihood of success on the merits such that the interests of justice require the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motions to appoint counsel (ECF Nos. 11, 14, 16) are DENIED.

IT IS SO ORDERED.

Dated:   **May 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2